IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 25-cv-01283-PAB-KAS

EVERLAKE LIFE INSURANCE COMPANY,

      Plaintiff,

v.

TIFFANY ANN WEBB,
JOAN RHODES MCHUGH, and
ESTATE OF JEFFREY EDWARD WEBB,

      Defendants.

---

**ORDER**

---

This matter is before the Court on the Order and Recommendation of United States Magistrate Judge [Docket No. 59]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. Docket No. 59 at 9; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on February 23, 2026. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation

to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P.

72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that

the Recommendation is a correct application of the facts and the law.

Accordingly, it is

**ORDERED** that the Order and Recommendation of United States Magistrate

Judge [Docket No. 59] is **ACCEPTED**.  It is further

**ORDERED** that Plaintiff's Motion for Leave of Court to Deposit Life Insurance

Policy Proceeds and Interest with the Court [Docket No. 43] is **GRANTED**.  It is further

**ORDERED** that defendants Tiffany Ann Webb, Joan Rhodes McHugh, and

the Estate of Jeffrey Edward Webb are prohibited from taking further action against

plaintiff Everlake Life Insurance Company concerning the proceeds of Jeffrey E. Webb's

life insurance policy, Policy No. 713577615B.  It is further

**ORDERED** that Everlake Life Insurance Company is **DISMISSED with**

**prejudice** from this case.[2]  It is further

---

[1] This standard of review is something less than a "clearly erroneous" or "contrary
to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo
review.  Fed. R. Civ. P. 72(b).

[2] The recommendation recommends that, upon depositing the $100,000 life
insurance policy proceeds plus accrued interest, Everlake Life Insurance Company be
dismissed from this action with prejudice and that defendants be prohibited from taking
further action on the life insurance policy against Everlake Life Insurance Company.
Docket No. 59 at 9.  Everlake has since deposited the proceeds plus accrued interest
into the Court's registry.  *See generally* Docket No. 60.

3

**ORDERED** that the parties shall be realigned as follows: Tiffany Ann Webb and

the Estate of Jeffrey Edward Webb shall be realigned as the plaintiffs and cross

defendants and John Rhodes McHugh shall be realigned as the defendant and cross

claimant.

DATED June 22, 2026.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge